**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6535**

---

ROBERT LEE COBBS,

                              Petitioner - Appellant,

      versus

STATE OF SOUTH CAROLINA, Justice Committee;
ATTORNEY GENERAL OF THE STATE OF SOUTH
CAROLINA,

                              Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-96-1577-0-20BD)

---

Submitted:  January 6, 1998      Decided:  January 22, 1998

---

Before MURNAGHAN, WILKINS, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert Lee Cobbs, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Cobbs seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinions accepting the magistrate judge's report and find no reversible error. Cobbs's petition challenged the voluntariness of his guilty plea and alleged that he received ineffective assistance of counsel. Cobbs failed to preserve these issues for our review, both by failing to file timely objections to the magistrate judge's recommendation that these claims be denied despite being warned that such failure would waive appellate review, see Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985), and by failing to raise these issues in his informal brief, see Local Rule 34(b).

Cobbs's only remaining contention is that a post-conviction affidavit submitted by the victim of his crime recanting her trial testimony proves his actual innocence. We dismiss this claim on the reasoning of the district court. See Cobbs v. South Carolina, No. CA-96-1577-20BD (D.S.C. Mar. 31, 1997). Accordingly, we deny a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED